UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

COGNIPOWER LLC

                             Plaintiff,

               -against-

SOLUM AMERICA, INC.

                        Defendant.

-----------------------------------------------------------x

        **1:24-mc-312 (ALC)**

        **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's April 15, 2026 letter, stating that the underlying action has been settled. Therefore, the motion to compel is denied as moot. ECF No. 1. The Clerk of Court is respectfully directed to terminate all pending motions and terminate this case.

**SO ORDERED.**

Dated:   April 15, 2026

       **New York, New York**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**